# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD L. MCFERON,**
No. 76551-065,

      Petitioner,

    vs.                         Case No. 18-cv-1362-MJR

**WARDEN WERLICH,**

      Respondent.

## NOTICE OF IMPENDING DISMISSAL

**REAGAN, Chief Judge:**

This matter is before the Court for case management. On July 9, 2018, Petitioner, currently incarcerated at the Federal Correctional Institution in Greenville, Illinois, filed this habeas corpus action pursuant to 28 U.S.C. § 2241. (Doc. 1). Upon receipt of the Petition, the Clerk immediately sent him a letter (Doc. 2) advising him of the case number and filing fee requirements for a habeas corpus action. He was warned that if he did not submit either the $5.00 filing fee or a motion for leave to proceed *in forma pauperis* (IFP) within 30 days, his case would be subject to dismissal. He was provided with a blank form motion for IFP. Plaintiff's 30-day deadline of August 8, 2018, has come and gone, and Plaintiff has failed to respond in any way. This action is therefore subject to dismissal for failure to prosecute and/or failure to comply with an order of this Court.

**IT IS THEREFORE ORDERED** that Petitioner shall either pay the $5.00 filing fee for this action, or submit his motion for leave to proceed IFP, within 21 days of the date of entry of this order (on or before August 31, 2018). Failure to comply with this Order **will result in dismissal** of this action.

Further, Petitioner is **REMINDED** that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his location. Pursuant to Southern District of Illinois Local Rule 3.1(b), notification to the Court of any address change shall be made in writing no later than 7 days after a change in address occurs.

**IT IS SO ORDERED.**

**Dated: August 10, 2018**

**s/ MICHAEL J. REAGAN**
**Chief Judge**
**United States District Court**